IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALAN PRESTON PRINE, | ) | |
| BOP Reg. # 12954-003, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 16-0218-CG-M |
| | ) | CRIMINAL NO. 13-0013-CG-M |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Alan Preston Prine's petition for habeas corpus relief under 28 U.S.C. § 2255 (Doc. 99) be **DISMISSED with prejudice**. It is further **ORDERED** that Prine is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order would be without merit and therefore not taken in good faith. Thus, Prine is not entitled proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 8th day of June, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE