# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ALAN PRESTON PRINE, <br> BOP Reg. # 12954-003, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION 16-0218-CG-M <br> ) CRIMINAL NO. 13-0013-CG-M <br> ) <br> ) <br> ) |

## **JUDGMENT**

In accordance with the Order entered this date dismissing Petitioner Alan Preston Prine's 28 U.S.C. § 2255 motion, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Petitioner Prine, and that Prine is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 8th day of June, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE